UNITED STATES of America,
Plaintiff—Appellee,

v.

Lisa Marie CASEY, a/k/a Lisa Marie Adams, a/k/a Lisa Marie Galliher, a/k/a Lisa Marie Graninger, Defendant—Appellant.

No. 09–7668.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 7, 2010.
Decided: Jan. 27, 2010.

Lisa Marie Casey, Appellant Pro Se. Jennifer R. Bockhorst, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lisa Marie Casey seeks to appeal the district court's order denying relief on her 28 U.S.C.A. § 2255 (West Supp.2009) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)

(2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller-El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude Casey has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Casey's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*